■ ROSARIO PIZZIRUSSO, Respondent, v BRYAN GROSSMAN, Defendant. SANDRA GROSSMAN, Nonparty Appellant. [730 NYS2d 235] —In an action to recover damages for personal injuries, Sandra Grossman, a nonparty witness, appeals from (1) a decision of the Supreme Court, Nassau County (Galasso, J.), dated January 26, 2001, and (2) an order of the same court, entered January 29, 2001, which, *inter alia,* granted the plaintiff's application to hold her in civil contempt.

Ordered that the appeal from the decision is dismissed, as no appeal lies from a decision (*see, Schicchi v Green Constr. Corp.,* 100 AD2d 509); and it is further,

Ordered that the order entered January 29, 2001, is reversed, on the law, and the application to hold the appellant in civil contempt is denied; and it is further,

Ordered that the appellant is awarded one bill of costs.

The plaintiff moved to hold the appellant, a nonparty witness, in civil contempt based, *inter alia,* on her failure to produce subpoenaed documents at a court-ordered deposition. The plaintiff's notice of motion, however, did not warn the appellant, as required by Judiciary Law § 756, that her failure to appear in court may result in her immediate arrest and imprisonment. Because the appellant did not waive the issue (*cf., Matter of Rappaport,* 58 NY2d 725, 726), the Supreme Court was therefore without jurisdiction to punish the appellant for civil contempt (*see, Cappello v Cappello,* 274 AD2d 538, 539; *Matter of Dawn P.,* 180 AD2d 800; *Murrin v Murrin,* 93 AD2d 858). Goldstein, J. P., Friedmann, McGinity and Adams, JJ., concur.